UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.                         Criminal No. 09-cr-180-01-JD

<u>Manuel Guzman-Ovaez</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 27 ) filed by defendant is granted; Trial is continued to the two-week period beginning July 20, 2010, 09:30.

    Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                       *Joseph A. DiClerico, Jr.*
                                       Joseph A. DiClerico, Jr.
                                       United States District Judge

Date: April 27, 2010

cc:  Neil Faigel, Esq.
     Jennifer C. Davis, Esq.
     U.S. Marshal
     U.S. Probation